**Georgia PATSY, Plaintiff-Appellant,**

v.

**FLORIDA INTERNATIONAL UNIVERSITY, BOARD OF REGENTS of the State of Florida, a body corporate, for and on behalf of Florida International University, Defendant-Appellee.**

No. 79–2965.

United States Court of Appeals,
Fifth Circuit.

May 5, 1980.

Denis Dean, Sr., Miami, Fla., for plaintiff-appellant.

Mahoney, Hadlow & Adams, Jeffrey H. Klink, Jacksonville, Fla., Mahoney, Hadlow & Adams, John W. Kozyak, Miami, Fla., for defendant-appellee.

Before COLEMAN, Chief Judge, and BROWN, AINSWORTH, GODBOLD, CHARLES CLARK, RONEY, GEE, TJOFLAT, HILL, FAY, RUBIN, VANCE, KRAVITCH, FRANK M. JOHNSON, Jr., GARZA, HENDERSON, REAVLEY, POLITZ, HATCHETT, ANDERSON, RANDALL, TATE, SAM D. JOHNSON and THOMAS A. CLARK, Circuit Judges.

ON PETITION FOR REHEARING AND
PETITION FOR REHEARING
EN BANC

(Opinion Feb. 28, 1980, 5 Cir., 1980,
612 F.2d 946).

BY THE COURT:

A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc.

IT IS ORDERED that the cause shall be reheard by the Court en banc on briefs without oral argument. The Clerk will specify a briefing schedule for the filing of supplemental briefs.